UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20314-CIV-MORENO

ANDRES GOMEZ,

    Plaintiff,

vs.

PLUS INTERNATIONAL BANK,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Joint Notice of Settlement **(D.E. 19)**, filed on **April 12, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this ___19___ of April 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record